

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

| | | |
|---|---|---|
| George Green and Garlan Green, | § | No. 08-16-00340-CV |
| Appellants, | § | Appeal from the |
| v. | § | 33rd District Court |
| Port of Call Homeowners Association; Phillip Jacobs; John Ross Bucholtz; | § | of Llano County, Texas |
| Richard Pat McElroy; Randolph Harig; Christopher; Nancy Carothers; Alliance | § | (TC# 18314) |
| Association Management; Sharon Murphy; | § | |
| Jose Balderas; Harold Brown; and Niemann & Niemann, LLP, | § | |
| Appellees. | § | |

§

**O R D E R**

The Court GRANTS the Appellants' third motion for extension of time within which to file the brief until **July 24, 2017.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANTS' BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. David C. Junkin, the Appellants' attorney, prepare the Appellants' brief and forward the same to this Court on or before July 24, 2017.

IT IS SO ORDERED this 17th day of July, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.